FILED

08 AUG 26 PM 12: 02

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury    '08 CR 2844 H

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>JEFF SCHLEGEL,<br>    aka Gregory Mark Baer,<br><br>            Defendant. | Criminal Case No. _____<br><br>I N D I C T M E N T<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(2)(B)(ii) -<br>Bringing in Illegal Aliens for<br>Financial Gain; Title 18, U.S.C.,<br>Sec. 2 - Aiding and Abetting;<br>Title 8, U.S.C.,<br>Sec. 1324(a)(2)(B)(iii) - Bringing<br>in Illegal Aliens Without<br>Presentation; Title 18, U.S.C.,<br>Sec. 1544 - Misuse of Passport<br>(Felony) |

The grand jury charges:

Count 1

On or about August 11, 2008, within the Southern District of California, defendant JEFF SCHLEGEL, aka Gregory Mark Baer, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Gloria Corona-Gomez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

CEK:fer(1):San Diego
8/25/08

1

<u>Count 2</u>

2    On or about August 11, 2008, within the Southern District of
3    California, defendant JEFF SCHLEGEL, aka Gregory Mark Baer, with the
4    intent to violate the immigration laws of the United States, knowing
5    and in reckless disregard of the fact that an alien, namely, Gloria
6    Corona-Gomez, had not received prior official authorization to come
7    to, enter and reside in the United States, did bring to the United
8    States said alien and upon arrival did not bring and present said
9    alien immediately to an appropriate immigration officer at a
10   designated port of entry; in violation of Title 8, United States Code,
11   Section 1324(a)(2)(B)(iii).

12

<u>Count 3</u>

13   On or about August 11, 2008, within the Southern District of
14   California, defendant JEFF SCHLEGEL, aka Gregory Mark Baer, with the
15   intent to violate the immigration laws of the United States, knowing
16   and in reckless disregard of the fact that an alien, namely, Erika
17   Madrigal-Serrato, had not received prior official authorization to
18   come to, enter and reside in the United States, did bring to the
19   United States said alien for the purpose of commercial advantage and
20   private financial gain; in violation of Title 8, United States Code,
21   Section 1324(a)(2)(B)(ii), and Title 18, United States Code,
22   Section 2.

23   //
24   //
25   //
26   //
27   //
28   //

<u>Count 4</u>

On or about August 11, 2008, within the Southern District of California, defendant JEFF SCHLEGEL, aka Gregory Mark Baer, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Erika Madrigal-Serrato, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

<u>Count 5</u>

On or about August 11, 2008, within the Southern District of California, defendant JEFF SCHLEGEL, aka Gregory Mark Baer, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Antonio Miguel-Crisantos, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//

3

<u>Count 6</u>

On or about August 11, 2008, within the Southern District of California, defendant JEFF SCHLEGEL, aka Gregory Mark Baer, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Antonio Miguel-Crisantos, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

<u>Count 7</u>

On or about August 11, 2008, within the Southern District of California, defendant JEFF SCHLEGEL, aka Gregory Mark Baer, did willfully and knowingly use a United States passport, issued and designed for use of another in the following manner, to wit: defendant presented a United States passport to a federal officer, claiming to be Gregory Mark Baer, a United States citizen born in California, knowing full well that he was not; in violation of Title 18, United States Code, Section 1544, a felony.

DATED: August 26, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CHARLOTTE E. KAISER
Assistant U.S. Attorney

4