UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> Jeff Schlagel ) <br> ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 08mj2494 <br> <br> ORDER <br> <br> RELEASING MATERIAL WITNESS <br> <br> Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted) / Case Disposed / Order of Court).

Erika Madrigal -

DATED: 9/5/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                    DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____ J. PARIS
         Deputy Clerk