UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff <br> vs. <br> Jeff Schlegel <br> Defendant(s) | CRIMINAL NO. 08mj2494 <br> ORDER <br> RELEASING MATERIAL WITNESS <br> Booking No. |

On order of the United States District/Magistrate Judge

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Gloria Corona - Gomez

DATED: 9/5/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ OR
         DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____ Deputy Clerk

J. PARIS